People of the State of Illinois, Defendant in Error, v. Patrick D. Fahey, Plaintiff in Error.

Gen. No. 9,605.

opinion filed February 7, 1941. William C. Mooney, Thomas D. Nash and Michael J. Ahern, for plaintiff in error; Daniel J. Lamont and John J. Kennelly, of counsel; James E. Burke, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."